12-15-00044-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 20 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

2-17-15

To whome it may concern

With all due respct, I ~~know I broke~~ the law, I know I must pay the concenquences for my actions, I am not asking for a get out of jail free card, I'm not asking to reduce my sentenc, I'm not asking for a pardon, I'm not asking for early porole, What I am asking for is ~~I~~ two messely little munths = 60 days of backtime credeted to my sentenced secured that I did sit in Trinity County & Houston County from Feb-6-2014 thru ~~april 6 2014~~ April, 16, 2014, That my county judge refuses to give me credet for. I'm not asking for a miaracal, butt mearlly a blessing, Thank you for your hard work in prescueing this action...

Sincerly                 T.D.C.J #
                              1938649
Anthony Castellon

CAUSE NO. __10282__.

DATE: 2-17-15

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 20 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

DEAR. HON. CLERK: CATHY S. LUSK

PLEASE FILE AND DATE THE ENCLOSED SAID APPLICATION FOR WRIT OF MANDAMUS AND PRESENT SAME TO THE HONORABLE JUDGE(S) OF THE TWELFTH COURT OF APPEALS FOR CONSIDERATION OF THE MERIT'S THEREIN, THANK YOU FOR YOUR TIME AND CONSIDERATION OF THIS REQUEST.

SINCERLY, T.D.C.J#

Anthony Costello 1838649

GOODMAN-UNIT

349 PRIVATE RD. 8430

JASPER, TX 75951

cc: filed

CAUSE NO. _____10282_____.

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 20 2015 elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

§
§
§

ANTHONY CASTELLON - 1938649
RELATOR

VS.

KAYCEE L. JONES - JUDGE
IN HER OFFICIAL CAPACITY
RESPONDENT

IN THE TWELFTH COURT

OF APPEALS

TYLER , TEXAS

## A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

### TO THE HONORABLE JUDGE(S) OF SAID COURT:

COMES NOW, ANTHONY CASTELLON, RELATOR, PRO SE IN THE ABOVE NUMBERED CAUSE AND FILES THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, PURSUANT TO TX. RULES. APP. PRC. 23.2 (A),(B), AND SHOW'S THIS COURT THE FOLLOWING:

### B. RELATOR

**I.**

ANTHONY CASTELLON T.D.CJ # 1938649 IS AN OFFENDER INCARCERATED IN THE T.D.C.J AND IS APPEARING PRO. SE, WHO CAN BE LOCATED AT GOODMAN UNIT 349 PRIVATE RD. 8430, JASPER, TX 75951, THE RELATOR HAS EXHAUSTED HIS REMEDIES AND HAS NO OTHER ADEQUATE REMEDY AT LAW. THE ACT SOUGHT TO BE COMPELLED IS A JUDICIAL ONE, HOWEVER, RELATOR HAS A CLEAR RIGHT TO THE RELIEF SOUGHT *SEE SIMON VS. LEVARIO - 306 S.W. 3d AT 321 (TX. CRIM. APP. 2009): ALSO, PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE RULE 23.2 "WHEN SENTENCE IS PRONOUNCED THE TRIAL COURT MUST GIVE THE DEFENDANT CREDIT ON THAT SENTENCE FOR: (A) ALL TIME THE DEFENDANT HAS BEEN CONFINED. SINCE THE TIME JUDGMENT AND SENTENCE SHOULD HAVE BEEN ENTERED AND PRONOUNCED, AND (B), ALL TIME BETWEEN THE DEFENDANT'S ARREST AND CONFINEMENT TO THE TIME WHEN JUDGMENT AND SENTENCE SHOULD HAVE BEEN ENTERED AND PRONOUNCED amended by Acts 9-1-2010. THE RESPONDENT HAD A MINISTERIAL AND JUDICIAL DUTY TO GRANT RELATOR PREVIOUSLY REQUESTED JAIL-TIME CREDITS PURSUANT TO RULE 23.2 (A), (B) OF TEXAS RULES OF APPELLATE PROCEDURE.

**II.**

### C. RESPONDENT.

RESPONDENDENT HON. JUDGE KAYCEE L. JONES IN HER OFFICIAL CAPACITY AS DISTRICT JUDGE OF 411TH JUDICIAL DISTRICT COURT OF TRINITY, COUNTY, TX HAS A JUDICIAL DUTY

1.)

TO ENSURE RELATOR IS GRANTED JAIL-TIME CREDITS HE'S ENTITLE TO, IN THAT THE LAW HE INVOKES IS DEFINITE, UNAMBIGOUS, AND UNQUESTIONABLY APPLIES TO THE INDISPUTABLE FACTS OF THIS CASE AS PROSCRIBED BY TEXAS RULES OF APPELLATE PRO-CEDURE RULE 23.2 (A), (B) & see SIMON VS. LEVARIO-306 S.W.3d AT 321 (TX. CRIM. APP. 2009).

D.    VIOLATION OF RULE 23.2 (A), (B) TEXAS RULES OF APPELLATE PROCEDURE

RESPONDENT HAS VIOLATED RULE 23.2 (A), (B) OF THE TEXAS RULES OF APPELLATE PROCEDURE BY FAILING TO GRANT RELATOR JAIL TIME CREDITS FOR THE TIME PERIODS OF FEBRUARY 6, 2014 TO APRIL 16 2014, IN WHICH HE WAS CONFINED IN TRINITY COUNTY, TX., THE JURISDICTION OF RESPONDENT, WITH FEBRUARY 6, 2014 BEING ORIGINAL ARREST DATE OF RELATOR, RELATOR SOUGHT RELIEF IN A "NUNC PRO TUNC MOTION" THAT WAS HEARD BY RESPONDENT ON DECEMBER 16, 2014, WITHOUT CITING ANY LEGAL PRECEDENT, CASE LAW, OR OTHERWISE THE RESPONDENT REASON'S FOR REFUSING TO GRANT SAID JAIL TIME CREDIT WAS, RELATOR "PLED GUILTY ON JULY 1, 2014 TO THE OFFENSE OF PROHIBITED SUBSTANCE IN A CORRECTIONAL FACILITY WHICH OCCURRED APRIL 16, 2014, RELATOR IS NOT ENTITLED TO ANY JAIL CREDIT PRIOR TO THE DATE OF THE OFFENSE FOR WHICH DEFENDANT WAS CONVICTED". FOR SAID REASON'S RESPONDENT DENIED RELIEF. THUS, "WHEN PETITION FOR WRIT OF MANDAMUS IS MADE, IT'S THE RELATOR'S BURDEN TO SHOW ENTITLEMENT TO THE RELIEF BEING REQUESTED." see IN RE DAVIDSON-153 S.W.3d AT 491 (TX. APP.-AMARILLO 2004), IN LIGHT OF THIS RELATOR MAINTAINS THAT THE LAW CLEARLY STATES IN RULE 23.2 OF TEXAS RULES OF APPELLATE PROCEDURE" WHEN SENTENCE IS PRONOUNCED THE TRIAL COURT MUST GIVE THE DEFENDANT CREDIT ON THAT SENTENCE FOR (A) ALL TIME THE DEFENDANT HAS BEEN CONFINED SINCE THE TIME JUDGMENT AND SENTENCE SHOULD HAVE BEEN ENTERED AND PRONOUNCED, AND (B). ALL TIME BETWEEN THE DEFENDANT'S ARREST AND CONFINEMENT TO THE TIME WHEN JUDGMENT AND SENTENCE SHOULD HAVE BEEN ENTERED AND PRONOUNCED" amended by acts 9-1-2010, THUS, THE RESPONDENTS RULING ON SAID "NUNC PRO TUNC MOTION" IS WRONG, THE RELATOR IS (PURSUANT TO

2.)

RULE 23.2 (A), (B) TX.R.AP.PIC), ENTITLED TO TIME CREDIT PRIOR TO THE DATE OF THE OFFENSE FOR WHICH HE WAS CONVICTED, ALSO. PURSUANT TO THE PRECEDENT OF TEXAS RULES OF APPELLATE PROCEDURE RULE 23.2 (A), (B), THE RELATOR HAS A "CLEAR RIGHT TO RELIEF" OF REQUESTED JAILTIME CREDIT, THE LAW HE'S INVOKING IS "DEFINITE, UNAMBIGUOS AN UNQUESTIONABLY APPLIES TO THE INDISPUTABLE FACTS OF HIS CASE" * SEE SIMON VS. LEVARIO - 306 S.W.3d AT 321 (TX. CRIM. APP. 2009). THUS, THE RESPONDENT HAS VIOLATED, TEXAS RULES OF APPELLATE PROCEDURE RULE 23.2 (A), (B).

D.          PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED THE RELATOR PRAYS THIS COURT GRANT THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS AND ORDER THE RESPONDENT TO GRANT HIS REQUESTED JAILTIME CREDIT, HE'S ENTITLED TO, BY OPERATION OF LAW INCORPARATED IN TEXAS RULES OF APPELLATE PROCEDURE.

SO MOVED AND PRAYED THAT THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS BE GRANTED.

EXECUTED, THIS 17th DAY OF Febuarray 2015.


E.          UNSWORN DECLARATION

I, Anthony Castellon T.D.C.J# 1938649 DO HEREBY STATE UNDER PENALTY OF PERJURY, THAT ALL INFORMATION CONTAINED HEREIN THIS SAID APPLICATION FOR WRIT OF MANDAMUS, IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Anthony Castellon T.D.C.J# 1938649

3.)

F.                        CERTIFICATE OF SERVICE

    I, Anthony Castellon T.D.C.J.# 1938619, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE APPLICATION FOR WRIT OF MANDAMUS HAS BEEN SERVED TO CATHY S. LUSK - CLERK OF THE TWELFTH COURT OF APPEALS AT 1517 W. FRONT ST STE# 354 TYLER, TX 75702, ON THIS 17th DAY OF January 2015. BY PLACING SAME IN THE GOODMAN - UNIT MAILROOM.

T.D.C.J.#
1938649

4.)